**Order Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00753-CV

## IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## ORDER
Before Justices Bridges, Myers, and Schenck

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge to render an order granting mother's April 25, 2016 amended motion to transfer venue and transferring the SAPCR to Collin County within ten days of the date of this Court's order. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, within fifteen (15) days of the date of this order, a certified copy of her order issued in compliance with this order.

/s/ LANA MYERS
JUSTICE